STATE of Missouri, Respondent,

v.

Arden G. JOHNSON, Appellant.

No. WD 59321.

Missouri Court of Appeals,
Western District.

Dec. 4, 2001.

Rehearing Denied Jan. 29, 2002.

Kevin Jamison, Gladstone, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joel Block, Asst. Atty. Gen., Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, EDWIN H. SMITH, Judge, and WILLIAM E. TURNAGE, Senior Judge.

## ORDER

Arden G. Johnson appeals the circuit court's judgment convicting him of driving while intoxicated. Affirmed. Rule 30.25(b).